692 A.2d 980

IN THE MATTER OF THOMAS R. HILBERTH,
AN ATTORNEY AT LAW.

May 7, 1997.

## ORDER

The Disciplinary Review Board on November 27, 1997, having filed with the Court its decision concluding that **THOMAS R. HILBERTH** of **CLIFTON**, who was admitted to the bar of this State in 1969, should be suspended from the practice of law for a period of three months for his violations of *RPC* 1.1(a) (gross neglect); *RPC* 1.7 (conflict of interest); and *RPC* 1.8 (entering into an improper business transaction with a client), and good cause appearing;

It is ORDERED that **THOMAS R. HILBERTH** is hereby suspended from the practice of law for a period of three months, effective June 2, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.